An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY DEWANE BAILEY,
Appellant,
vs.
CLARK COUNTY, NEVADA; CLARK
COUNTY LAS VEGAS
METROPOLITAN POLICE
DEPARTMENT FORENSIC LAB;
CLARK COUNTY METROLPOLITAN
POLICE COMMITTEE ON FISCAL
AFFAIRS; AND CLARK COUNTY
SHERIFF DEPT.,
Respondents.

No. 66083

FILED

AUG 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On June 4, 2014, the district court entered an order dismissing the underlying case in its entirety. Notice of entry of that order was served on appellant, by mail, on that same day. Appellant subsequently filed a timely appeal from that dismissal order, which is currently pending before this court as Docket No. 65913.

Thereafter, on July 14, 2014, appellant filed in the district court a new notice of appeal docketed in this court as Docket No. 66083, which appears to challenge various interlocutory rulings made by the district court before the June 4 dismissal order. Any challenge to these interlocutory rulings, however, must be made in the context of appellant's appeal from the June 4, 2014, order. *Consolidated Generator–Nev., Inc. v. Cummins Engine Co.*, 114 Nev. 1304, 1312, 971 P.2d 1251, 1256 (1998) (recognizing that interlocutory orders entered before final judgment may properly be reviewed in an appeal from the final judgment). And the July 14 notice of appeal at issue here was untimely filed as to the June 4 order,

because any notice of appeal from that order must have been filed no later than July 7, 2014. Accordingly, we lack jurisdiction over this appeal and we therefore order it dismissed. Notwithstanding, appellant's challenge to these interlocutory rulings may be considered as part of the appeal pending in Docket No. 65913, so long as appellant presents sufficient arguments as to these disputed district court determinations.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Valerie Adair, District Judge
     Anthony Dewane Bailey
     Clark County District Attorney
     Olson, Cannon, Gormley, Angulo & Stoberski
     Eighth District Court Clerk